June 22, 1967.

APPEAL No. 41. ANITA O'KEEFFE YOUNG, *Executrix* v. EDITH YOUNG EXUM *et al.* Motion of plaintiff for leave to reargue denied. *Moore, Virgadamo, Boyle & Lynch, Cornelius C. Moore, Salvatore L. Virgadamo, Francis J. Boyle, Jeremiah C. Lynch, Jr.,* for plaintiff. *Florie DeSimone,* for defendants.

June 23, 1967.

M. P. No. 144. JOHN F. KING, JR. *v.* JAMES F. WILLIAMSON, *Registrar of Motor Vehicles.* Motion for leave to file petition for certiorari denied; motion to stay enforcement of Superior Court judgment denying injunctive relief pending appeal denied and injunction entered pending Supreme Court's decision on foregoing motions vacated; plaintiff authorized, as soon as appeal is placed on current argument list, to move for priority in hearing. *Dick & Carty, Joseph B. Carty, Paul J. Pisano,* for plaintiff, *Herbert F. DeSimone,* Attorney General, *Charles G. Edwards,* Assistant Attorney General, for defendant.

June 27, 1967.

M. P. No. 1810. JOHN MULHEARN, in his Capacity as *President of the Fraternal Order of Police, Warwick Lodge #7, War-*